**Order entered February 5, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00634-CV

**TODD PRUETT, Appellant**

**V.**

**MICHAEL PITTMAN, M.D., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Before the Court is appellant's Motion to Add New Evidence. This is a pro se appeal from the trial court's order dated January 22, 2013, dismissing appellant's claims with prejudice for failure to file an expert report. Appellant's motion seeks to add to the record of this appeal a letter dated September 4, 2013, and filed in the Dallas County clerk's office on September 13, 2013. Because the letter was filed over seven months after the trial court signed the order dismissing appellant's claims, the letter was not before the trial court when the court dismissed appellant's claims. As a result, we may not consider the letter in our review of the trial court's ruling dismissing appellant's claims. Appellant's motion is **DENIED**.

/s/    ELIZABETH LANG-MIERS
PRESIDING JUSTICE